ACCEPTED
03-15-00416-CV
6712642
THIRD COURT OF APPEALS
AUSTIN, TEXAS
8/31/2015 12:00:00 AM
JEFFREY D. KYLE
CLERK

NO. 03-15-00416-CV

| | | |
|---|---|---|
| OAK MORTGAGE GROUP, INC. | § | IN THE THIRD CIRCUIT |
| MICHAEL H. NASSERFAR, | § | |
| MICHAEL E. TASK | § | |
| and, | § | |
| TYCORD R. GOSNAY, | § | |
| , | § | COURT OF APPEALS |
| APPELLANTS', | § | |
| | § | |
| VS. | § | |
| | § | |
| AMERIPRO FUNDING, INC., | § | AUSTIN, TEXAS |
| | § | |
| APPELLEE. | § | |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
8/31/2015 12:00:00 AM
JEFFREY D. KYLE
Clerk

_____

### APPELLANTS' UNOPPOSED
### MOTION TO EXTEND TIME TO FILE BRIEF

_____

TO THE HONORABLE COURT:

OAK MORTGAGE GROUP, INC. (hereinafter, when the context so requires, referred to separately as "Oak Mortgage"), Michael H. Nasserfar, (hereinafter, when the context so requires, referred to separately as "Nasserfar"), Michael E. Task (hereinafter, when the context so requires, referred to separately as "Task"), and Ty R. Gosnay (hereinafter, when the context so requires, referred to separately as "Gosnay") (all hereinafter referred to collectively for purposes of this document as "Appellants") move the Court of Appeals to extend the time for Appellants to file Appellants' Opening Brief, and say:

## A.

## INTRODUCTION

1.    Appellants are Oak Mortgage Group, Inc., Michael H. Nasserfar, Michael E. Task and Ty R. Gosnay.  Appellee is Ameripro Funding, Inc..

2. There is no specific deadline to file this Motion to extend time. *See,* Tex. R. App 38.6(d).

3.    This motion is unopposed.

## B.

## ARGUMENT & AUTHORITIES

4.    The Court of Appeals has the authority under Texas Rule of Appellate Procedure 38.6 (d) to extend the time to file a brief.

5.    Appellants' Opening Brief is due on September 10, 2015.

6.    Appellants' request seven (7) additional days to file Appellants' Opening Brief extending the time until September 17, 2015.

7.    No previous extension has been granted to extend the time to file Appellants' Opening Brief.

8.    Appellants need additional time to file Appellants' Opening Brief because Appellants' counsel, Wm Charles Bundren, Esq., is leaving the United States of America and traveling to Israel and Jordan beginning on August 29, 2015 and returning on September 12, 2015 for a long planned vacation with his wife and

several other close friends on a preplanned and prepaid tour and will not be able to devote time to completing the Appellants' Opening Brief during the international travel.

9. The facts that are included in this Motion are within the personal knowledge of the attorney signing this Motion and are certified to be true and accurate.

## C.

## CONCLUSION

Due to the timing of the completion of the record on appeal and extensions that were granted to the reporter to complete the reporter's record, and the timing of the preplanned and prepaid international tour vacation of Appellants' counsel, additional time is needed to complete Appellants' Opening Brief. An extension of seven (7) days to complete Appellants' Opening Brief is reasonable and will not unreasonably delay the prosecution of this action.

## D.

## PRAYER

For these reasons, Appellants asked the court to grant an extension of time to file Appellants' Opening Brief until September 17, 2015.

Respectfully submitted,

By: /s/ Charles Bundren

**WM. CHARLES BUNDREN & ASSOCIATES LAW GROUP, PLLC**

Wm. Charles Bundren, Esq.
Attorney-in Charge
State Bar No. 03343200
2591 Dallas Parkway, Suite 300
Frisco, Texas 75034
(214) 808-3555    Telephone
(972) 624-5340    Facsimile
e-mail:      charles@bundrenlaw.net
**ATTORNEY FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 29th day of August, 2015, all counsel of record were served with a copy of this document in accordance with Rule 21a of the Texas Rules of Civil Procedure by serving the following:

Susan Burton, Esq.
State Bar No.       03479350
GRAVES DOUGHTERY HEARON & MOODY
P.C.
401 Congress., Suite 2200
Austin, Texas 78701
Telephone:  (512) 480-5600
Telecopier:  (512) 480-5862 (facsimile)
E-mail:          sburton@gdhm.com
**ATTORNEY FOR AMERIPRO:**


__X__by the electronic filing manager pursuant to TRAP 6.3, 9.2 (c)(2), 9.5 (a), 9.5 (b) (1), 9.5(c) (4)and 9.5(e),


_____ by certified mail return receipt requested deposited with the United States Postal Service on the date indicated above pursuant to TRAP 6.3, 9.2 (c)(2), 9.5 (a), 9.5 (b) (1), 9.5(c) (4)and 9.5(e),

__X__ by email at the email address indicated above pursuant to TRAP 6.3, 9.2 (c)(2), 9.5 (a), 9.5 (b) (1), 9.5(c) (4)and 9.5(e),

____ by commercial delivery service deposited with _____ on the date indicated above pursuant to TRAP 6.3, 9.2 (c)(2), 9.5 (a), 9.5 (b) (1), 9.5(c) (4)and 9.5(e),

and/or

____ by fax at the fax number indicated above pursuant to.
TRAP 6.3, 9.2 (c)(2), 9.5 (a), 9.5 (b) (1), 9.5(c) (4)and 9.5(e),

/s/ Charles Bundren
Wm. Charles Bundren, Esq.
**ATTORNEY FOR:**
**PLAINTIFFS AND**
**COUNTER-DEFENDANTS**